# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.

Crim. No. 7:14-MJ-1034-1

**CHRISTI AMBER BERROA**

On April 2, 2014, the above named was placed on a term of supervised release for a period of 12 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield  
Dwayne K. Benfield  
Supervising U.S. Probation Officer

/s/ David W. Leake  
David W. Leake  
U.S. Probation Officer  
200 Williamsburg Pkwy, Unit 2  
Jacksonville, NC 28546-6762  
Phone: 910-346-5109  
Executed On: February 3, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this **6** day of **February**, 2015.

Robert B. Jones  
U.S. Magistrate Judge